UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-1400 DWF/AJB

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARVIN WHITMORE,<br><br>Defendant,<br><br>WELLS FARGO BANK, N.A.,<br><br>Garnishee. | **GARNISHMENT ORDER** |

A Writ of Garnishment was duly issued by this Court and served on the garnishee on or about January 23, 2003.

Pursuant to the Writ of Garnishment, the garnishee filed an Answer with this Court on or about January 29, 2003. In its Answer, the garnishee states that at the time of the service of the Writ, the garnishee, had, and continues to have, in its possession and under its control, personal property belonging to and due the defendant, in the form of bank accounts in the amounts of $876.51 in checking.

On or about January 27, 2003, the defendant was served with notice of his right to a hearing as to this garnishment action. As shown by the attached letter, defendant has waived any and all rights to contest the garnishment action.

THEREFORE, IT IS ORDERED, that the garnishee pay to the plaintiff $876.51, in care of the Financial Litigation Unit, United

FILED FEB 04 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

States Attorney's Office, 600 United States Courthouse, 300 South Fourth Street, Minneapolis, Minnesota 55415, with checks or money orders made payable to the "U.S. Department of Justice," all property of the judgment debtor in their possession, custody or control, as levied upon the Writs of Continuing Garnishment served on January 16, 2003, plus any additional funds deposited from the date of service of the Writs of Continuing Garnishment to the date of this order, up to the full amount of the debt.

Dated: 2/4/03

Magistrate Judge
United States District Court